1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    KEVIN E. FIELDS,                          1:07-cv-001213-AWI-SMS (PC)

10            Plaintiff,                        ORDER TO SUBMIT APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
11        vs.                                  **OR**  PAY FILING FEE

12   J. M. VELASCO, et al.,

13            Defendant(s).
     _____/

14

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21        2.  Within thirty days of the date of service of this order, plaintiff shall submit a completed

22   application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this

23   action.   Failure to comply with this order will result in a recommendation that this action be

24   dismissed.

25   IT IS SO ORDERED.

26   **Dated:    August 24, 2007**              **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE
27

28