# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | 1:07-cv-01213-AWI-SMS-PC |
| Plaintiff, | ORDER RESPONDING TO PLAINTIFF'S REQUEST FOR SCREENING |
| v. | (Doc. 16.) |
| J. M. VELASCO, et al., | |
| Defendants. | |

Kevin E. Fields ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 21, 2007. (Doc. 1.) On March 27, 2009, plaintiff filed an amended complaint. (Doc. 17.) On March 30, 2009, plaintiff filed a motion for the court to screen the amended complaint. (Doc. 16.).

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. Plaintiff's complaint will be screened in due time.

Plaintiff's motion for the court to screen the amended complaint is hereby RESOLVED by this order.

IT IS SO ORDERED.

**Dated:   April 9, 2009**             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE