IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>J. M. VELASCO, et al.,<br><br>　　　　　Defendants.<br>_____ / | 1:07-cv-01213-AWI-SMS-PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT VELASCO FOR RETALIATION, AND ALL REMAINING CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Kevin E. Fields ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 23, 2007. (Doc. 1.) The case now proceeds on the first amended complaint filed on March 27, 2009. (Doc. 17.) The first amended complaint names Correctional Officer ("C/O") J. M. Velasco, C/O E. Benuelos, Sgt. L. Phillips, and Lt. M. A. Melo as defendants, and alleges property claims, retaliation claims, due process claims, emotional distress claims, and claims for monetary, injunctive, and declaratory relief.

On May 15, 2009, the court screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and found that it stated a cognizable claim for relief under section 1983 against defendant Velasco only, for retaliation. (Doc. 19.) Plaintiff was given leave to either file a second amended complaint, or in the alternative, to notify the court that he does not wish to file a second amended complaint and instead wishes to proceed only against defendant Velasco for retaliation, within thirty days. Id. On May 26, 2009, plaintiff filed written notice to the court that he wishes to proceed only against defendant Velasco. (Doc. 20.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1

1. This action proceed only against defendant C/O J. M. Velasco for retaliation;
2. All remaining claims and defendants be dismissed from this action;
3. Defendants C/O E. Benuelos, Sgt. L. Phillips, and Lt. M. A. Melo be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them; and
4. Plaintiff's property claims, due process claims, emotional distress claims, and claims for injunctive and declaratory relief be dismissed for failure to state a claim upon which relief may be granted under section 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   June 4, 2009**                    /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE