# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>            Plaintiff,<br><br>   v.<br><br>J. M. VELASCO, et al.,<br><br>            Defendants.<br>_____/ | 1:07-cv-01213-AWI-SMS-PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 17.) |

Plaintiff Kevin E. Fields ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 21, 2008. (Doc. 1.) On March 27, 2009, plaintiff filed the first amended complaint. (Doc. 17.) The court screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states a cognizable claim for retaliation against defendant Correctional Officer ("C/O") J. M. Velsaco. (Doc. 19.) [1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

  1.   Service is appropriate for defendant C/O J. M. VELASCO;

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that plaintiff's property claims, due process claims, emotional distress claims, and claims for injunctive and declaratory relief be dismissed for failure to state a claim, and defendants C/O E. Benuelos, Sgt. L. Phillips, and Lt. M. A. Melo be dismissed based on plaintiff's failure to state any claims against him.

1


2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed March 27, 2009 (Doc. 17.);

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for defendant C/O J. M. VELASCO; and

    c. Two (2) copies of the endorsed first amended complaint filed March 27, 2009.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 4, 2009**                     /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE