UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN E. FIELDS, | ) | 1:07-cv-01213-AWI-SMS-PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE |
| | ) | SECOND AMENDED COMPLAINT |
| v. | ) | (Doc. 21.) |
| | ) | |
| J. M. VELASCO, et al., | ) | ORDER FOR CLERK TO FILE |
| | ) | PLAINTIFF'S SECOND AMENDED |
| | ) | COMPLAINT LODGED MAY 29, 2009 |
| Defendants. | ) | |
| | ) | ORDER VACATING FINDINGS AND |
| | ) | RECOMMENDATIONS OF JUNE 4, 2009 |
| | ) | (Doc. 22.) |
| | ) | |
| | ) | ORDER VACATING ORDER OF JUNE |
| | ) | 4, 2009,WHICH FORWARDED SERVICE |
| | ) | DOCUMENTS TO PLAINTIFF FOR |
| | ) | COMPLETION AND RETURN |
| | ) | (Doc. 23.) |

**I.    RELEVANT PROCEDURAL HISTORY**

Kevin E. Fields ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 21, 2007. (Doc. 1.) On September 8, 2008, plaintiff filed a motion to amend the complaint. (Doc. 11.) On January 20, 2009, the court issued an order informing plaintiff that he has a right to amend the complaint once as a matter of course. (Doc. 12.) On March 27, 2009, plaintiff filed the first amended complaint. (Doc.

1

17.) The court screened the first amended complaint pursuant to 28 U.S.C. 1915A and issued an order on May 15, 2009, giving plaintiff the choice to either file a second amended complaint, or to notify the court that he wishes to proceed only on the claims identified by the court as cognizable. (Doc. 19.) On May 26, 2009, plaintiff notified the court in writing that he did not wish to file a second amended complaint and instead wished to proceed on the claims found cognizable by the court. (Doc. 20.)

On June 4, 2009, the Magistrate Judge issued findings and recommendations, recommending that this action proceed on the only claim found cognizable by the court, against defendant Velasco for retaliation. (Doc. 22.) Also on June 4, 2009, the court sent service documents to plaintiff for completion and return to the court. (Doc. 23.) In the meantime, on May 29, 2009, plaintiff filed a motion for leave to file a second amended complaint and lodged a proposed second amended complaint. (Doc. 21.) Plaintiff's for leave to amend is now before the court.

**II.     MOTION TO AMEND – RULE 15(a)**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party. Fed. R. Civ. P. 15(a). Because plaintiff has previously amended the complaint, and he does not have written consent by defendants, plaintiff must obtain leave of court to file a second amended complaint.

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 445 F.3d 1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." Id. The factor of "'[u]ndue delay by itself . . . is insufficient to justify denying a motion to amend.'" Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 712,13 (9th Cir. 2001) (quoting Bowles v. Reade, 198 F.3d 752, 757-58 (9th Cir. 1999)).

Here, plaintiff's case has been pending for over a year and a half, since August 21, 2007. The delay in litigation will be further extended if plaintiff is given leave to amend. However, given that the complaint has not been served, and no other party has appeared in the action, it is unlikely that amending

the complaint will prejudice the opposing party. The court has reviewed the proposed second amended complaint and finds no evidence of bad faith or futility. Therefore, in the interest of justice, plaintiff's motion for leave to file a second amended complaint shall be granted. In light of this ruling, the findings and recommendations of June 4, 2009, and the court's order of June 4, 2009, which forwarded service documents to plaintiff, shall be vacated.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint, filed May 29, 2009, GRANTED;
2. The Clerk of the Court SHALL FILE the second amended complaint which was lodged on May 29, 2009;
3. The findings and recommendations issued on June 4, 2009, are VACATED in their entirety;
4. The court's order of June 4, 2009, which forwarded service documents to plaintiff for completion and return, is VACATED in its entirety; and
5. The court shall screen the second amended complaint in due course.

IT IS SO ORDERED.

**Dated:** **June 9, 2009**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE