# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | 1:07-cv-01213-AWI-SMS-PC |
| Plaintiff, | ORDER DISREGARDING MOTION AS MOOT |
| v. | (Doc. 26.) |
| J. M. VELASCO, et al., | |
| Defendants. | |

Kevin E. Fields ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on August 21, 2007. (Doc. 1.) This action now proceeds on the second amended complaint, filed June 10, 2009. (Doc. 25.)

On June 17, 2009, plaintiff filed a motion for the court to stay service upon defendant Velasco pending screening of the second amended complaint. The court's order of June 10, 2009, which vacated the court's June 4, 2009 service order and notified plaintiff that the court shall screen the second amended complaint in due course, resolves plaintiff's motion for stay.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to stay service upon defendant Velasco is disregarded as moot.

IT IS SO ORDERED.

Dated:   June 22, 2009           /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE