1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   KEVIN E. FIELDS,                   CASE NO. 1:07-cv-01213-AWI-SMS PC

10             Plaintiff,         ORDER DENYING MOTION AS MOOT

11      v.                      (Doc. 29)

12   J. M. VELASCO, et al.,

13             Defendants.

14   _____/

15       Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2007.  On July 1, 2010, Plaintiff filed

17   a motion requesting that his second amended complaint be screened.  28 U.S.C. § 1915A.  In a

18   Findings and Recommendations (F&R) issued concurrently with this order, the Court screened

19   Plaintiff's second amended complaint, and recommended that Plaintiff be allowed to proceed on his

20   cognizable retaliation claim but that Plaintiff's IIED (intentional infliction of emotional distress)

21   claim and claim for equitable relief be dismissed for failure to state a claim.

22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1       In light of the issuance of the screening F&R, Plaintiff's motion requesting that his second

2   amended complaint be screened is HEREBY DENIED as moot.[1]

3

4   IT IS SO ORDERED.

5   **Dated:    July 13, 2010**                    **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
_____

28
    [1] Plaintiff also seeks the issuance of service documents.  If the F&R is adopted in full by Judge Ishii, Plaintiff will be sent two summonses and two USM-285 forms for completion and return.