Eugene P. Ramirez, Esq., State Bar No. 134865
Michelle B. Ghaltchi, Esq., State Bar No. 242482
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@mmker.com; mbg@mmker.com

Attorneys for Defendants,
J. M. VELASCO, and L. PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, <br><br> Plaintiff, <br><br> vs. <br><br> J. M. VELASCO, et al. <br><br> Defendants. | Case No.: 1:07-CV-01213-AWI JLT <br><br> **ORDER RE EX PARTE APPLICATION BY DEFENDANT TO EXTEND THE INITIAL TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT** <br><br> (Doc. 41) |

The Court has read and considered the ex parte application of Defendants J. M. VELASCO, and L. PHILLIPS for an extension of time to file a responsive pleading. GOOD CAUSE APPEARING, this Court HEREBY ORDERS that the time for defendants to file a responsive pleading is hereby extended to January 24, 2011.

IT IS SO ORDERED.

Dated:  **December 6, 2010**          /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE