IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>J M VELASCO, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:07-cv-01213 AWI JLT (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RESERVE MOTION TO COMPEL<br><br>(Doc. 48) |

     Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2011, Defendants filed a motion to compel further interrogatory responses pursuant to Federal Rule of Civil Procedure 37(a)(3)(B). (Doc. 48.) By order filed May 13, 2011, the Court directed Plaintiff to file an opposition or statement of no opposition to the motion to compel. (Doc. 50.) On May 19, 2011, Plaintiff filed a declaration in response to the Court's order. (Doc. 51.) Therein, Plaintiff explains that he did not file an opposition to the motion to compel because he never received a copy of the motion. (Id. at ¶ 3.)

     After reviewing the proof of service attached to the pending motion to compel, it appears that the motion was properly served on Plaintiff on April 12, 2011. (Doc. 48 at 3.) Nevertheless, the Court will direct Defendants to reserve the motion to compel on Plaintiff so that he may properly respond to the motion.

///

Accordingly, it is **HEREBY ORDERED** that:

1. Defendants shall reserve the motion to compel (Doc. 48) on Plaintiff within seven days of the date of service of this order. Defendants shall file written notice with the Court, along with a copy of the proof of service, indicating that Plaintiff has been served with the motion to compel.
2. Plaintiff shall file an opposition or statement of no opposition to the motion to compel within twenty-one days of the date of service of the motion to compel.
3. Defendants shall file a reply, if any, within seven days of the date of service of Plaintiff's opposition or statement of no opposition.

IT IS SO ORDERED.

Dated:   **May 26, 2011**                                                  /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE