**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
PHILLIPS and VELASCO

# THE UNITED STATES COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FIELDS, | CASE NO: 1:07-CV-01213-AWI-JLT |
| Plaintiff, | **ORDER** |
| v. | |
| VELASCO, ET AL. | |
| Defendants. | |

The current deadline for filing dispositive motions in this case is December 5, 2011. (Docket No. 47) The defendants have filed an ex parte request to modify the Scheduling and Discovery Order to provide an extension of time of 14 days to file dispositive motions. The requested extension of time is based on defense counsel having been out of town and away from his office due to a death in the family and due to a deposition in another case. In between those two absences was the Thanksgiving holiday during which time it was not possible for defense counsel to confer with his clients or pertinent employees of the California Department of Corrections and Rehabilitation. One of the defendants has also retired, making communication with him

/ / /

/ / /

more difficult. As a consequence, the defense does not anticipate being able to file a motion for summary judgment by the current deadline for filing dispositive motions.

 Having read defense counsel's request, and good cause appearing,

 IT IS HEREBY ORDERED THAT:

 1. Defendants' request to modify the Scheduling and Discovery Order is **GRANTED**;

 2. Any dispositive motion SHALL be filed no later than December 19, 2011.

IT IS SO ORDERED.

Dated:  **December 5, 2011**        **/s/ Jennifer L. Thurston**
                 UNITED STATES MAGISTRATE JUDGE